**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2451-18

YAAKOV A. KATZ, individually
and on behalf of a class,

     Plaintiff-Appellant,

v.

SIX FLAGS GREAT
ADVENTURE, LLC, and
SIX FLAGS ENTERTAINMENT
CORPORATION,

     Defendants-Respondents.

_____

Submitted April 27, 2020 – Decided August 4, 2021

Before Judges Messano, Ostrer and Vernoia.

On appeal from the Superior Court of New Jersey, Law Division, Ocean County, Docket No. L-3289-17.

Law Offices of Gus Michael Farinella, PC, Shimshon Wexler (Law Offices of Shimshon Wexler, PC), of the Georgia bar, admitted pro hac vice, and Daniel A. Edelman and David Kim (Edelman, Combs, Latturner & Goodwin, LLC) of the Illinois bar, admitted pro hac vice, attorneys for appellant (Ryan L. Gentile,

Shimshon Wexler, Daniel A. Edelman and David Kim, on the briefs).

Davis Wright Tremaine LLP, and Spencer Persson (Davis Wright Tremaine LLP) of the California bar, admitted pro hac vice, attorneys for respondents (Andrea L. D'Ambra and Spencer Persson, on the brief).

PER CURIAM

After this appeal was submitted for decision, we entered a series of orders beginning in August 2020 staying the appellate proceedings in response to the parties' joint requests, as they sought to reach a global settlement of this case and others arising in additional jurisdictions. The parties have now amicably adjusted the matter before us and have stipulated to the dismissal of this appeal. Therefore, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2451-18